# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>J. G. EDELEN COMPANY, INC.,<br><br>Defendant. | Adversary Proceeding<br>Case No. 20-50687 (BLS) |

## NOTICE OF VOLUNTARY DISMISSAL OF
## ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Heritage Home Group, LLC, *et al.* (the "Plaintiff"), hereby dismisses his Complaint against J. G. Edelen Company, Inc. in the above-captioned adversary proceeding in its entirety with prejudice. The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

DOCS_LA:333345.1 31270/002

2

| | |
|---|---|
| Dated: October 22, 2020 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Peter J. Keane (DE Bar No. 5503)<br>Steven W. Golden (TX Bar No. 24099681)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Phone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>         acaine@pszjlaw.com<br>         pkeane@pszjlaw.com<br>         sgolden@pszjlaw.com<br><br>*Counsel to Plaintiff, Alfred T. Giuliano, chapter 7 Trustee for the Estates of Heritage Home Group, LLC, et al.* |